# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON MORRIS,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-cv-3842 |
| | : | |
| **TROY LEVI, et al.,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 23rd day of November, 2009, upon consideration of defendants' motion to dismiss, or, in the alternative, for summary judgment (Document #38), plaintiff's response, (Document #40), and defendants' reply (Doc. #43), it is hereby **ORDERED** that defendants' motion is **DENIED**.

                                                BY THE COURT:

                                                /s/ LAWRENCE F. STENGEL
                                                LAWRENCE F. STENGEL, J.