# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON MORRIS,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-3842 |
| | : | |
| **TROY LEVI, ODEIDA DALMASI,** | : | |
| **STEPHEN SPAULDING, and** | : | |
| the **UNITED STATES OF AMERICA,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 19th day of May, 2011, upon careful and independent consideration of the defendants' motion for summary judgment (Doc. # 84), and all responses and replies thereto, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. # 90), it is hereby ORDERED that:

1. The defendants' objections to the report and recommendation of the United States Magistrate Judge (Doc. # 91) are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED; and

3. Defendants' motion for summary judgment is DENIED.

                                              BY THE COURT:

                                              /s/ LAWRENCE F. STENGEL
                                              LAWRENCE F. STENGEL, J.